IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID HER,** | CIV S-08-0195 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **ROBERT A. HOREL,** | |
| Respondent. | |

Respondent has filed a request for an extension of time to file a responsive pleading to petitioner's petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including May 2, 2008.

DATED: April 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/her0195.111