IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HER,

    Petitioner,    No. CIV S-08-0195 MCE DAD P

    vs.

ROBERT A. HOREL,

    Respondent.    ORDER

_____/

    Petitioner has filed a motion for appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

    Accordingly, IT IS HEREBY ORDERED that petitioner's April 21, 2008 motion for appointment of counsel is denied.

DATED: April 29, 2008.

DAD:ak
her0195.110

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE