IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HER,

    Petitioner,               No. CIV S-08-0195 MCE DAD P

    vs.

ROBERT A. HOREL, Warden,

    Respondent.          <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 1, 2008, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion.  Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Good cause appearing, IT IS HEREBY ORDERED that within twenty days of the date of this order, petitioner shall file and serve an opposition to respondent's motion to dismiss and shall show cause in writing why sanctions should not be imposed for the failure to file a timely opposition.  In the alternative, if petitioner no longer wishes to proceed with this matter,

/////

/////

1

1  he should file a request to dismiss this action without prejudice pursuant to Rule 41(a) of the

2  Federal Rules of Civil Procedure.

3  DATED: June 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:9
   her0195.102

2