1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID HER,

11          Petitioner,                    No. CIV S-08-0195 MCE DAD P

12          vs.

13   ROBERT A. HOREL, Warden,

14          Respondent.                    <u>ORDER</u>

15   _____/

16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  On June 11, 2008, this court issued an order to show

18   cause, requiring petitioner to file and serve an opposition or a statement of non-opposition to

19   respondent's May 1, 2008 motion to dismiss.  On June 30, 2008, petitioner filed a "Reply Brief,"

20   which the court has construed as an opposition to respondent's motion to dismiss.  Good cause

21   appearing, the court will discharge the order to show cause, and petitioner's opposition to

22   respondent's motion to dismiss will be deemed timely.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.  This court's June 11, 2008 order to show cause is discharged;

25          2.  Petitioner's June 30, 2008 "Reply Brief," construed as an opposition to

26   respondent's motion to dismiss, is deemed timely; and

1

1             3.  Respondent's reply, if any, shall be filed and served within fifteen days of the

2    date of this order.

3    DATED: July 8, 2008.

4

5                                          _Dale A. Drozd_

6                             DALE A. DROZD
                         UNITED STATES MAGISTRATE JUDGE

7    DAD:9
    her0195.dch

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26