IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID HER,** | CIV S-08-0195 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **ROBERT A. HOREL,** | |
| Respondent. | |

Respondent has requested a fifteen (15) day extension of time in which to file Respondent's reply to Petitioner's opposition to motion to dismiss. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including August 8, 2008, in which to file a response to Petitioner's opposition to motion to dismiss.

DATED: July 25, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/her0195.111rep